IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT SILVER, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 13-347 |
| v. | : | |
| NCO FIN. SYS., INC., | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this day of 1st day of August, 2013, upon the representations made to this court by counsel, it is hereby ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE AND WITHOUT COSTS, pursuant to Local Rule 41.1(b).

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II

J.