UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT SILVER,
    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,
    Defendant

Case No.: 2:13-cv-347-CDJ

**FILED**
AUG -8 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

/s/ Ross S. Enders
Ross S. Enders, Esq.
Attorney ID 89840
Sessions, Fishman, Nathan & Israel, L.L.C.
200 Route 31 North, Suite 203
Flemington, NJ 08822
Phone: (908) 751-5941
Facsimile: (908) 751-5944
Email: renders@sessions-law.biz
Attorney for Defendant

Date: August 7, 2013

/s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

Date: August 7, 2013

BY THE COURT:

_____ J.